FILED
AUG 09 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHANCE YOUNG, <br> JUAN GROGAN, <br><br> Defendants. | INDICTMENT <br> 5:23 CR 00428 <br><br> CASE NO._____ <br> Title 18, United States Code, <br> Sections 924(c)(1)(A)(ii) and <br> (iii), 1201(a)(1), 2119(2), and 2 <br><br> **JUDGE GAUGHAN** |

COUNT 1
(Kidnapping, 18 U.S.C. § 1201(a)(1) and 18 U.S.C. § 2)

The Grand Jury charges:

1. On or about November 30, 2020, in the Northern District of Ohio, Eastern Division, Defendants CHANCE YOUNG and JUAN GROGAN, and others known to the grand jury, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, that is, M.S., and hold that person for ransom and reward and otherwise, and did use a means, facilities, and instrumentalities of interstate and foreign commerce, namely, a cellular telephone and a motor vehicle, in committing and in furtherance of such offense, in violation of Title 18, United States Code, Section 1201(a)(1) and Title 18, United States Code, Section 2.

COUNT 2
(Carjacking, 18 U.S.C. § 2119(2) and 18 U.S.C. § 2)

The Grand Jury further charges:

2. On or about November 30, 2020, in the Northern District of Ohio, Eastern Division, Defendants CHANCE YOUNG and JUAN GROGAN, and others known to the grand

jury, did take a motor vehicle, to wit: a 2007 Chevrolet Impala bearing Ohio registration HUR8378, that had been transported, shipped, and received in interstate and foreign commerce, from M.S., a person known to the grand jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, and resulting in serious bodily injury to M.S., in violation of Title 18, United States Code, Section 2119(1) and Title 18, United States Code, Section 2.

## COUNT 3
(Possession of a Firearm in Furtherance of a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

The Grand Jury further charges:

3. On or about November 30, 2020, in the Northern District of Ohio, Eastern Division, Defendants CHANCE YOUNG and JUAN GROGAN did knowingly possess and brandish a firearm, to wit: a pistol, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, to wit: Carjacking, charged in Count 2, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 4
(Possession of a Firearm in Furtherance of a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

The Grand Jury further charges:

4. On or about November 30, 2020, in the Northern District of Ohio, Eastern Division, Defendants CHANCE YOUNG and JUAN GROGAN did knowingly possess and discharge, and aid and abet another to possess and discharge, a firearm, to wit: a pistol, in furtherance of a crime of violence for which they may be prosecuted in a court of the United

States, to wit: Carjacking, charged in Count 2, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

                                                                                                         A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.